**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01288-LTB-BNB

EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,

      Plaintiff,

v.

SUN HAVEN HOLDINGS, LLC, a Colorado limited liability company,

      Defendant.
_____

**ORDER**
_____

      Upon Defendant's Response to Plaintiff's Motion for More Definite Statement (Doc 14), it is

      ORDERED that Plaintiff's Motion for More Definite Statement (Doc 10) is DENIED.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   September 10, 2007