**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01288-LTB-KMT

EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,

      Plaintiff,

v.

SUN HAVEN HOLDINGS, LLC, a Colorado limited liability company,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 32 - filed February 4, 2008), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   February 5, 2008